UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL A. BOYD,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>L.A. COUNTY SHERIFF, et. al.,<br><br>　　　　　　Defendants. | CIV-F-04-5986 AWI DLB PC<br><br>ORDER RE: FINDINGS AND<br>RECOMMENDATIONS (Doc. 10) |

　　　Plaintiff is a state prisoner proceeding pro se in this civil rights Section 1983 action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　The Magistrate Judge screened Plaintiff's complaint pursuant to the requirements of 28 U.S.C. § 1915A(a). In reviewing the complaint, he found that Plaintiff's allegations only stated a claim against one defendant. On January 20, 2005, the Magistrate Judge issued an order directing Plaintiff to respond. Doc. 9. Plaintiff was given the option of amending his complaint or electing to continue suit against the one defendant. Plaintiff was also clearly warned that failure to respond within thirty (30) days would result in dismissal of suit. The order was properly served on Plaintiff by mail, but no response was received.

　　　On March 8, 2005, the Magistrate Judge filed Findings and Recommendations which recommended that the suit be dismissed for failure to obey the January 20, 2005 order. Doc. 10.

1  The Findings and Recommendation contained notice to Plaintiff that any objections were to be
2  filed within twenty (20) days.  To date, more than eighty (80) days later, Plaintiff has not filed
3  objections.
4       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305,
5  the court has conducted a de novo review of this case.  In determining whether to dismiss an
6  action for lack of prosecution or failure to obey court orders, the five factors to be considered are:
7  (1) the public's interest in expeditious resolution of litigations; (2) the court's need to manage its
8  docket; (3) the risk of prejudice to the defendant; (4) the public policy favoring disposition of
9  cases on their merits; and (5) the availability of less drastic alternatives. Thompson v. Housing
10 Auth., 782 F.2d 829, 831 (9th Cir. 1986).  Having carefully reviewed the entire file, the court
11 finds the findings and recommendations to be supported by the record and proper analysis.
12 Plaintiff's failure to obey court orders or to respond in this case is an insurmountable impediment
13 to continuing the action.

15      Accordingly, IT IS HEREBY ORDERED that:
16      1.   The Findings and Recommendations, filed March 8, 2005, are ADOPTED IN
17 FULL; and,
18      2.   This action is DISMISSED based on Plaintiff's failure to obey the court's order of
19 January 19, 2005.

21 IT IS SO ORDERED.
22 **Dated:    May 31, 2005**              /s/ Anthony W. Ishii
   0m8i78                            UNITED STATES DISTRICT JUDGE